[Nos. 25848-6-I; 27840-1-I.   Division One.   May 11, 1992.]

VAN CRAIG GRIFFIN, ET AL, *Respondents*, v. STANLEY E.
ERICKSON, ET AL, *Appellants*.

Appeals from a judgment of the Superior Court for King County, No. 88-2-11205-3, William L. Downing, J., entered

February 20, 1990. *Affirmed* by unpublished opinion per Grosse, C.J., concurred in by Scholfield and Kennedy, JJ.